**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 20-1953**

───────────

BRIGITTE KIZA; NYIRANGORORE MUKASINI; SOLANGE MUKEMANA, as lawful guardian ad litem of Minor Child U.G.; MARIE MUKARURANGWA,

Plaintiffs - Appellants,

v.

UNIVERSAL INSURANCE COMPANY; DOES I-XXX,

Defendants - Appellees,

and

ALL POINT INSURANCE AGENCY; AUTO CLUB COMPANY OF FLORIDA; PAUL ROBERT HOPKINS,

Defendants.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:19-cv-00136-RJC-DSC)

───────────

Submitted: February 18, 2021                    Decided: February 22, 2021

───────────

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Brigitte Kiza, Nyirangorore Mukasini, Solange Mukemana, Marie Mukarurangwa, Appellants Pro Se.  Stephanie W. Anderson, SUE & ANDERSON, LLP, Greensboro, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brigitte Kiza, Nyirangorore Mukasini, Solange Mukemana—as guardian ad litem for U.G., and Marie Mukarurangwa seek to appeal the district court's order accepting the recommendation of the magistrate judge, denying their motion to amend, dismissing their claims against Universal Insurance Company, and ordering them to show cause why their claims against All Point Insurance Agency should not be dismissed.[*] This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Kiza, Mukasini, Mukemana, and Mukarurangwa seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] The Plaintiffs entered a stipulation of dismissal of their claims against the other two named Defendants, Auto Club Company of Florida and Paul Robert Hopkins.